# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **Plaintiff,** | |
| | **CASE NO. 2: 25-PO-014** |
| v. | |
| | **MAGISTRATE JUDGE JOLSON** |
| **CORBIN LANNING,** | |
| **Defendant.** | |

## ORDER

Upon motion of the United States, and the Court being duly advised in the premises;

IT IS HEREBY ORDERED that this case is **DISMISSED**.

                                                  s/Kimberly A. Jolson
                                         **KIMBERLY A. JOLSON**
                                         **United States Magistrate Judge**

2/21/2025